**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF KENTUCKY**
**NORTHERN DIVISION**
**AT COVINGTON**

Eastern District of Kentucky
FILED

DEC 23 2024

AT FRANKFORT
Robert R. Carr
CLERK U.S. DISTRICT COURT

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*ex rel.* VERITY INVESTIGATIONS, LLC,<br><br>    *Plaintiff/Relator*,<br><br>v.<br><br>BOGE RUBBER & PLASTICS USA, LLC,<br><br>    *Defendant.* | Case No. _____<br><br>**FILED UNDER SEAL PURSUANT TO 31 U.S.C. § 3730(b)(2)** |

**RELATOR'S CORPORATE DISCLOSURE STATEMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 7.1**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Relator Verity Investigations, LLC ("Relator") makes the following disclosures:

1. The full name of Relator is Verity Investigations, LLC. The undersigned counsel represent Relator.

2. There is no such corporation that is a parent corporation of Relator.

3. There is no such corporation that owns 10% or more of Relator's stock.

Relator understands that under Rule 7.1 of the Federal Rules of Civil Procedure, it must promptly file a supplemental statement upon any change in the information that this statement requires.

1

Date: December 22, 2024                    Respectfully submitted,


Joseph A. Bilby
**BILBY LAW PLLC**
106 Progress Drive
Frankfort, KY 40601
Telephone: (502) 409-1778
joe@bilbylaw.com

Stephen Shackelford, Jr. (*to seek pro hac vice*)
Steven M. Shepard (*to seek pro hac vice*)
**SUSMAN GODFREY L.L.P.**
One Manhattan West, 50th Floor
New York, NY 10001
Telephone: (212) 336-8330
Facsimile: (212) 336-8340
sshackelford@susmangodfrey.com
sshepard@susmangodfrey.com

*Attorneys for Relator Verity Investigations, LLC*

2