UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
(at Covington)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, ex rel., VERITY INVESTIGATIONS, LLC, | ) ) ) ) | |
| Plaintiffs, | ) ) | Civil Action No. 2: 24-224-DCR |
| V. | ) ) | |
| BOGE RUBBER & PLASTICS, USA, LLC | ) ) ) | **ORDER** **(File Under Seal)** |
| Defendant. | ) ) | |

*** *** *** ***

This matter has been brought to the Court's attention due to attorneys Stephen Shackelford, Jr., and Steven Shepard's failure to comply with Local Rule 83 regarding admission to practice in this Court. Shackelford, Shepard, and co-counsel Joseph Bilby entered appearances on behalf of Relator Boge Rubber & Plastics, USA, LLC, on December 23, 2024. [Record No. 1] Later that day, the Clerk of the Court informed Shackelford and Shepard that they were not admitted to practice before this Court. [Record Nos. 4 and 5] The notice informed Shackelford and Shepard of their responsibility to apply for admission and included an Application for Admission and the procedure to apply for admission *pro hac vice*. Shackelford and Shepard, however, failed to respond within the allotted 30-day period.

Being sufficiently advised, it is hereby

**ORDERED** that on or before **Tuesday, February 4, 2025**, attorneys Stephen Shackelford, Jr. and Steven Shepard are directed to **SHOW CAUSE** for their failure to comply with Local Rule 83.

Dated: January 28, 2025.

Danny C. Reeves, Chief Judge
United States District Court
Eastern District of Kentucky