UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
COVINGTON

Eastern District of Kentucky
FILED

FEB 2 5 2025

AT LEXINGTON
Robert R. Carr
CLERK U.S. DISTRICT COURT

**FILED UNDER SEAL**

Civil Action No. 2:24-cv-224-DCR

United States of America *ex rel.*
Verity Investigations, LLC,

Plaintiff,

v.

BOGE Rubber & Plastics USA, LLC,

Defendant.

### UNITED STATES' NOTICE OF CONSENT TO DISMISSAL OF COMPLAINT

On February 12, 2025, Relator Verity Investigations, LLC filed a Notice of Voluntary Dismissal in this action. Pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(1), the United States notifies the Court that the Attorney General consents to the dismissal of the claims in the above captioned civil action without prejudice to the rights of the United States based on its determination that such a dismissal is commensurate with the public interest and that the matter does not warrant the continued expenditure of government resources to pursue or monitor the action based on currently available information.

Respectfully submitted,

PAUL C. McCAFFREY
Acting United States Attorney

By: /s/ Meghan Stubblebine
Meghan Stubblebine
Assistant United States Attorney
Eastern District of Kentucky
260 W. Vine Street, Suite 300
Lexington, Kentucky 40507
859-233-2661
Meghan.Stubblebine@usdoj.gov

DATED: February 25, 2025